UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATHAN DENLINGER, SCOTT
BIRCHFIELD and BRIAN
MCDONALD,

    Plaintiffs,

v.                                        Case No: 2:16-cv-575-FtM-99CM

INTELLIGENT
INFRASTRUCTURE SOLUTIONS,
LLC,

    Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiffs' Motion to Compel and Incorporated Memorandum of Law filed on August 23, 2018. Doc. 22. Defendant has not filed a response in opposition, and the time for doing so has passed. Failure to file a response creates a presumption that the motion is unopposed. *Great American Co. v. Sanchuk, LLC*, No. 8:10-cv-2568-T-33AEP, 2012 WL 195526, at *3 (M.D. Fla. Jan. 23, 2012) (citation omitted). The motion is now ripe for review.

Plaintiffs served Defendant with a Rule 34 Request for Production on or about May 11, 2018. Doc. 22 at 1. Defendant's responses were due on or before June 11, 2018. *Id.* To date, Defendant has not responded to Plaintiffs' request for production, nor has Defendant moved for a protective order or sought any other relief from the Court. *See id.* at 2-3. Because Defendant has failed to respond to the discovery or assert any objections thereto, any such objections are waived. *Limu Co.,*

*LLC v. Burling*, No. 6:12-cv-347-Orl-TBS, 2013 WL 1482760, at *1 (M.D. Fla. Apr. 11, 2013). Moreover, Defendant failed to provide any opposition to the present motion. Accordingly, the Court will grant Plaintiffs' motion. Defendant shall have up to and including **September 28, 2018,** to respond to Plaintiffs' First Request for Production of Documents. Defendant is advised that failure to comply with this Order could result in sanctions.

ACCORDINGLY, it is

**ORDERED:**

Plaintiffs' Motion to Compel and Incorporated Memorandum of Law (Doc. 22) is **GRANTED**. Defendant shall have up to and including **September 28, 2018,** to respond to Plaintiffs' First Request for Production of Documents.

**DONE** and **ORDERED** in Fort Myers, Florida on this 12th day of September, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record